UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH WALTON,               )<br>          Plaintiff,          )<br>                               )<br>     vs.                      )<br>                               )<br>CITY OF CARMEL, MAYOR JAMES    )<br>BRAINARD, DOUGLAS HANNEY,      )<br>CLAYBRIDGE HOMEOWNERS          )<br>ASSOCIATION, INC., ELIZABETH I.)<br>VAN TASSEL, RICHARD SCOTT, E.  )<br>DAVIS COOTS and ROBERT FOLEY, in)<br>their individual capacities,   )<br>          Defendants.         ) | 1:05-cv-902-RLY-TAB |

**ORDER ON PARTIES' OBJECTIONS TO REPORT AND RECOMMENDATION**

On September 11, 2007, Magistrate Judge Baker ("Magistrate Judge") issued his Report and Recommendation on Cross-Motions for Summary Judgment, recommending that: (1) Defendants' motions for summary judgment as to Plaintiff's Fifth and Fourteenth Amendment claims be granted; (2) Plaintiff's motions for summary judgment be denied; (3) Plaintiff's motion to certify question to the Indiana Supreme Court be denied; and (4) Plaintiff's remaining state law claims be dismissed without prejudice.  Plaintiff and Defendants, City of Carmel, Mayor James Brainard, and Douglas Hanney ("Carmel Defendants") filed objections pursuant to 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b).

Plaintiff objects to that portion of the Magistrate Judge's Report and Recommendation which denied her motion to certify a question to the Indiana Supreme

1

Court with respect to whether Plaintiff "own[ed] the property to the center of the street." (Plaintiff's Objection at 1). Plaintiff also argues in the alternative that even if the City of Carmel had a right to consent to an encroachment on its right-of-way, the City of Carmel was "without power to grant a private organization the use of streets." The court has read and reviewed the parties' submissions and the applicable law, and finds Plaintiff's objections should be **OVERRULED**.

The City of Carmel objects only to that portion of the Magistrate Judge's Report and Recommendation which declined to exercise supplemental jurisdiction over Plaintiff's state law tort claim. The court finds the City of Carmel's objection should be **SUSTAINED**. Plaintiff admitted that she did not file a tort claim notice within 180 days after her alleged loss in June 2005, as required by the Indiana Tort Claims Act. Moreover, Plaintiff submitted no evidence in support of her claim that Mayor Brainard's vote to approve the Consent to Encroach met the elements of a tort of actual fraud or intentional misrepresentation. As it is "obvious how the claim should be decided," *Williams Elec. Games, Inc. v. Garrity*, 479 F.3d 904, 907 (7th Cir. 2007), the court declines to adopt the Magistrate Judge's Report and Recommendation to dismiss Plaintiff's state law tort claim, exercises supplemental jurisdiction over that claim, and finds, based upon the evidence and the applicable law, that the City of Carmel's motion for summary judgment on Plaintiff's state law tort claim should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Plaintiff's Objection to Magistrate Judge Baker's Report and Recommendation (Docket # 158) is **OVERRULED**, and the

Carmel Defendants' Partial Objection to Report and Recommendation (Docket # 159) is **SUSTAINED**. In all other material respects, the Magistrate Judge's Report and Recommendation is hereby adopted.

**SO ORDERED** this  15th   day of October 2007.

                                            RICHARD L. YOUNG, JUDGE
                                            United States District Court
                                            Southern District of Indiana

Electronic Copies to:

Christopher Douglas Cody
HUME SMITH GEDDES GREEN & SIMMONS
ccody@humesmith.com

Audrey Louise Smith
HUME SMITH GEDDES GREEN & SIMMONS
asmith@humesmith.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Wayne E. Uhl
STEPHENSON MOROW & SEMLER
wuhl@stephlaw.com

Andrew P. Wirick
HUME SMITH GEDDES GREEN & SIMMONS
awirick@humesmith.com

Copy to:

DEBORAH WALTON
12878 Mayfair Lane
Carmel, IN 46032