UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH WALTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:05-cv-902- RLY-TAB |
| vs. ) | |
| ) | |
| CITY OF CARMEL, et al., ) | |
| ) | |
| Defendants. ) | |

**ADOPTION OF REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation.

Accordingly, the motion for attorney's fees filed by Defendants City of Carmel, James Brainard, and Douglas Hanney ("Carmel Defendants") [Docket No. 165] and the motion for attorney's fees filed by Claybridge Homeowners Association, Inc., Elizabeth Van Tassel, Richard Scott, E. Davis Coots, and Robert Foley ("Claybridge Defendants") [Docket No. 167] are DENIED. However, the Plaintiff shall be taxed $3,013.14 as costs to Carmel Defendants and $2,950.83 as costs to Claybridge Defendants. [*See* Docket Nos. 164, 166.] Carmel Defendants' motion for an appeal bond [Docket No. 176] is DENIED. Consequently, Plaintiff's motion to strike Defendants' motion for appeal bond [Docket No. 177] is DENIED as moot. Finally, Plaintiff's motion to correct error [Docket No. 179] is DENIED.

ALL OF WHICH IS ORDERED THIS 26th day of June, 2008.

                                                                    _____
                                                                    RICHARD L. YOUNG, JUDGE
                                                                    United States District Court
                                                                    Southern District of Indiana

Copies to:

Deborah Walton
12878 Mayfair Lane
Carmel, IN 46032

Christopher Douglas Cody
HUME SMITH GEDDES GREEN & SIMMONS
ccody@humesmith.com

Audrey Louise Smith
HUME SMITH GEDDES GREEN & SIMMONS
asmith@humesmith.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Wayne E. Uhl
STEPHENSON MOROW & SEMLER
wuhl@stephlaw.com

Andrew P. Wirick
HUME SMITH GEDDES GREEN & SIMMONS
awirick@humesmith.com